# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DEAVER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARGARET MIMS, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No.  1:11-cv-01736-LJO-SKO PC<br><br>ORDER DENYING REQUEST FOR ENTRY OF DEFAULT<br><br>(Doc. 20) |

　　　Plaintiff Jason Deaver, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 17, 2011.  This action for damages is proceeding against Defendant Narayan for denial of adequate medical care, in violation of the Due Process Clause of the Fourteenth Amendment.[1]

　　　On July 18, 2013, Plaintiff filed a request for entry of default.  Fed. R. Civ. P. 55(a). However, there is no evidence in the record that Defendant has been served with process and failed to timely respond.  *Id.*  To the contrary, the United States Marshal is still attempting to serve Defendant, who is no longer employed at the Fresno County Jail.

///

///

---

[1] It is unclear if Plaintiff was a pretrial detainee or a convicted prisoner at the time of the events at the Fresno County Jail.  If he was a convicted prisoner, his claim arises under the Eighth Amendment rather than the Due Process Clause.

1       Accordingly, Plaintiff's request for entry of default is HEREBY DENIED.

IT IS SO ORDERED.

   Dated:   **July 22, 2013**                      **/s/ Sheila K. Oberto**
                                                     UNITED STATES MAGISTRATE JUDGE