# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DEAVER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARGARET MIMS, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No.  1:11-cv-01736-LJO-SKO PC<br><br>ORDER TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED AGAINST DEFENDANT P. NARAYAN<br><br>(Doc. 23)<br><br>TWENTY-DAY RESPONSE DEADLINE<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE COURTESY COPIES ON FRESNO COUNTY JAIL AND FRESNO COUNTY COUNSEL'S OFFICE |

　　　　Plaintiff Jason Deaver, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 17, 2011.  This action for damages is proceeding against Defendant P. Narayan, M.D., for denial of adequate medical care, in violation of the Due Process Clause of the Fourteenth Amendment.[1]  The events at issue occurred at the Fresno County Jail.

　　　　On August 7, 2013, the United States Marshal returned notice of personal service executed on Defendant Narayan.  (Doc. 23.)  Defendant's response to Plaintiff's amended complaint was due by August 2, 2013, but no response has been filed.  Fed. R. Civ. P. 6(d), 12(a)(1)(A)(i).

///

---

[1] It is unclear if Plaintiff was a pretrial detainee or a convicted prisoner at the time of the events at the Fresno County Jail.  If he was a convicted prisoner, his claim arises under the Eighth Amendment rather than the Due Process Clause.

Accordingly, it is HEREBY ORDERED that:

1. Within **twenty (20) days** from the date of service of this order, Defendant Narayan shall show cause why default should not be entered against him;

2. To facilitate his ability to comply with this order, Defendant Narayan's obligation to respond to the amended complaint is extended twenty days from the date of service of this order; and

3. The Clerk's Office shall serve a courtesy copy of this order on the Fresno County Jail and the Fresno County Counsel's Office.

IT IS SO ORDERED.

Dated:   **August 22, 2013**                                **/s/ Sheila K. Oberto**
                                                            UNITED STATES MAGISTRATE JUDGE

2