KEVIN B. BRIGGS
 County Counsel
MICHAEL R. LINDEN
 Deputy County Counsel – State Bar No. 192485
FRESNO COUNTY COUNSEL
2220 Tulare Street, 5th Floor
Fresno, California  93721
Telephone:  (559) 600-3479
Facsimile:    (559) 600-3480

Attorneys for Defendant
PRATAP NARAYAN, M.D.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| JASON DEAVER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MARGARET MIMS, et al.,<br><br>　　　　　　Defendants. | Case No. 1:11-cv-01736-LJO-SKO PC<br><br>**ORDER GRANTING EX PARTE REQUEST FOR LEAVE OF COURT TO TAKE DEPOSITION OF PRISON INMATE**<br><br>**(Docs. 28 and 29)** |

　　　　The Ex Parte Request of defendant PRATAP NARAYAN, M.D. (hereinafter "Defendant") for Leave of Court to take the deposition of plaintiff JASON DEAVER (hereinafter "Plaintiff"), an inmate at the Corcoran State Prison, was filed on December 23, 2013, and came before the Court soon thereafter.  Pursuant to the scheduling order, Defendant is permitted to depose Plaintiff, and any incarcerated witnesses, so long as he serves a deposition notice at least fourteen days in advance.  (Doc. 28, ¶4.)  Accordingly, Defendant's request is GRANTED.

IT IS SO ORDERED.

　　　Dated:　**January 6, 2014**　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE