# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DEAVER,<br><br>    Plaintiff,<br><br>    v.<br><br>MARGARET MIMS, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:11-cv-01736-LJO-SKO (PC)<br><br>ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL, REFERRING CASE TO PRO BONO PROGRAM TO SEEK VOLUNTARY COUNSEL TO REPRESENT PLAINTIFF, AND STAYING CASE PENDING FURTHER ORDER<br><br>(Doc. 35) |

      Plaintiff Jason Deaver, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 17, 2011.  This action for damages is proceeding against Defendant Narayan for denial of adequate medical care, in violation of the Due Process Clause of the Fourteenth Amendment.[1]  A scheduling order was filed on September 3, 2013.

      On March 3, 2014, Plaintiff filed a motion seeking the appointment of counsel.  Defendant filed an opposition on March 4, 2014.[2]

///

///

---

[1] It is unclear if Plaintiff was a pretrial detainee or a convicted prisoner at the time of the events at the Fresno County Jail. If he was a convicted prisoner, his claim arises under the Eighth Amendment rather than the Due Process Clause.

[2] The deadline for Plaintiff to file his reply has not yet expired but in light of this order, it is unnecessary for Plaintiff to reply.

Upon review of the record and the totality of the circumstances, the Court deems it appropriate to attempt to secure counsel for Plaintiff in this case. 28 U.S.C. § 1915(e)(1); *Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997).

Accordingly, the Court HEREBY ORDERS as follows:

1. Plaintiff's motion for the appointment of counsel is GRANTED;

2. This case is REFERRED to Sujean Park, Program Director for the Pro Bono Program of the Eastern District of California, to seek voluntary counsel to represent Plaintiff in this action; and

3. **This case is STAYED pending further order**.

IT IS SO ORDERED.

Dated:   **March 5, 2014**                              **/s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE