# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DEAVER, | Case No. 1:11-cv-01736-LJO-SKO (PC) |
| Plaintiff, | ORDER APPOINTING WILLIAM L. SCHMIDT AS VOLUNTARY COUNSEL FOR PLAINTIFF, LIFTING STAY, AND REQUIRING PARTIES TO FILE STIPULATION OR STATUS REPORTS REGARDING SCHEDULING DATES WITHIN FORTY-FIVE DAYS |
| v. | |
| MARGARET MIMS, et al., | |
| Defendants. | |
| | (Doc. 37) |

Plaintiff Jason Deaver, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 17, 2011. This action for damages is proceeding against Defendant Narayan for denial of adequate medical care, in violation of the Due Process Clause of the Fourteenth Amendment. A scheduling order was filed on September 3, 2013.

On March 5, 2014, the Court granted Plaintiff's motion for the appointment of counsel and referred this matter to the Pro Bono Program of the Eastern District of California for the appointment of voluntary counsel to represent Plaintiff in this action. William L. Schmidt has agreed to be appointed as voluntary counsel for Plaintiff.

Accordingly, IT IS HEREBY ORDERED that:

1. William L. Schmidt, Attorney at Law, P.C., is appointed to represent Plaintiff in the above entitled matter;

2. The stay imposed by order filed March 5, 2014, is lifted;

3. Within **forty-five (45) days** from the date of service of this order, the parties shall meet and confer regarding proposed scheduling order deadlines and file either (1) a stipulation regarding proposed dates or (2) separate status reports, if a stipulation cannot be reasonably reached;

4. Mr. Schmidt shall notify Sujean Park, at (916) 930-4278 or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment; and

5. The Clerk of the Court is directed to serve a copy of this order upon William L. Schmidt, Attorney at Law, P.C., 377 W. Fallbrook Ave., Ste. 205, Fresno, California, 93711.

IT IS SO ORDERED.

Dated: **March 26, 2014**        **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

2