1  William L. Schmidt, Esq. #206870
   WILLIAM L. SCHMIDT, ATTORNEY AT LAW, P.C.                    ORIGINAL
2  377 W. Fallbrook, #205
   Fresno, CA 93711
3  Telephone: 559. 261.2222
   Facsimile: 559.436.8163
4  E-mail: legal.schmidt@gmail.com

5

6                      UNITED STATES DISTRICT COURT

7                      EASTERN DISTRICT OF CALIFORNIA

8  JASON DEAVER                          Case No.:  1:11-cv-01736

9              Plaintiff,

10        v.                             REQUEST FOR AUTHORITY TO  INCUR
                                         COSTS (APPOINTED COUNSEL) AND
11 MARGARET MIMS, et al.                 REQUEST FOR PAYMENT

12           Defendants.

13

14

15       REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

16 I, William L. Schmidt, attorney for plaintiff, declare as follows:

17        On March 26, 2014, I was appointed to represent plaintiff in this action by the presiding judge in

18 this case. I immediately scheduled a legal visit with plaintiff at Kern Valley State Prison, which took

19 place on April 8, 2014.  I traveled to the prison by automobile from Fresno, California to Delano,

20 California to conduct an initial interview with my client.

21        I therefore request that this court authorize the expenditure for the travel expense.

22 /    /    /

23 /    /    /

24 /    /    /

25 /    /    /

26 /    /    /

27 /    /    /

28
   Request for Authority to Incur Costs              1              Case No.:  1:11-cv-01736
   (Appointed Counsel) and Request for
   Payment

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES-PAGE 2

The following payment of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | AMOUNT PAID: |
|---|---|---|
| $ 99.72 | 176.5 miles round trip @ $0.565/mi, Auto travel | |

I declare under penalty of perjury that the foregoing is true and correct.

DATE: 4/8/14

_____
William L. Schmidt
Attorney for Plaintiff Jason Deaver

The above expenditure is __X__ Approved _____ Denied
Or,

_____ ~~Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule~~ _____,
~~on~~ _____, ~~at~~ _____ ~~M. in Courtroom Number~~ _____

DATE: 5/1/14

_____
United States District Judge/Magistrate

Request for Authority to Incur Costs       2       Case No.: 1:11-cv-01736
(Appointed Counsel) and Request for
Payment

## CERTIFICATE OF SERVICE

United States District Court Eastern District CA
Case No.:        1:11-cv-01736

I, Debi Jonigian-Schmidt , the undersigned, hereby certify and declare:

1. I am over the age of 18 years and not a party to the case.
2. I am an employee of William L. Schmidt, Attorney at Law, P.C. who is a member of the State Bar of California.
3. The business address is 377 W. Fallbrook, #205, Fresno, CA 93711
4. On __4|9|14__ , I served the following documents:

**REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT**

by email and by placing them in an addressed, sealed, envelope and affixing the appropriate postage thereon then depositing it in a U.S. Mail and box for collection, addressed to the following:

email: spark@caed.uscourts.gov

**Suejean Park**
**ADR and Pro Bono Program**
**United States District Court**
**Eastern District of CA**
**501 I Street, suite 4-200**
**Sacramento, CA  95814**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on                         in Fresno, California.

_____Debi Jonigian-Schmidt_____
Declarant

_____
Signature

Request for Authority to Incur Costs
(Appointed Counsel) and Request for Payment
Case No.: 1-11-cv-01736