William L. Schmidt, Esq. #206870
WILLIAM L. SCHMIDT, ATTORNEY AT LAW, P.C.
377 W. Fallbrook, #205
Fresno, CA 93711
Telephone: 559.261.2222
Facsimile: 559.436.8163
E-mail: legal.schmidt@gmail.com

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DEAVER<br><br>Plaintiff,<br><br>v.<br><br>MARGARET MIMS, et al.<br><br>Defendants. | Case No.: 1:11-cv-01736<br><br>**REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT** |

### REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

I, William L. Schmidt, attorney for plaintiff, declare as follows:

On March 26, 2014, I was appointed to represent plaintiff in this action by the presiding judge in this case. I have received about 2,500 pages of medical records and documents. I will require an interpretation of these records by a qualified medical professional in order to determine if deliberate indifference or malpractice causes of action can be maintained. I have contacted ReordReform.com for a quote to provide a chronology, record summary and medical opinion as to malpractice/liability.

I therefore request that this court authorize the expenditure for scanning and for the review by RecordReform.com.

/ / /

/ / /

/ / /

/ / /

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES-PAGE 2

The following payment of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | AMOUNT PAID: |
|---|---|---|
| $ 200 est. | Scanning 2500 pages to RecordReform (required for upload to their system) | |
| $1,750 est. | Review by RecordReform.com of medical records to evaluate malpractice/liability | |

I declare under penalty of perjury that the foregoing is true and correct.

DATE:_____

_/s/ William L. Schmidt_
William L. Schmidt
Attorney for Plaintiff Jason Deaver

The above expenditure is __X__ Approved  ____ Denied

~~Or,~~

~~Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule ___, on ___ at ___, in Courtroom Number ___~~

DATE: 5/15/14

_/s/ Sheila K. Oberto_
United States District Judge/Magistrate

---

Request for Authority to Incur Costs
(Appointed Counsel) and Request for
Payment

2

Case No.: 1:11-cv-01736

# CERTIFICATE OF SERVICE

United States District Court Eastern District CA
Case No.:     1:11-cv-01736

I, Debi Jonigian-Schmidt, the undersigned, hereby certify and declare:

1. I am over the age of 18 years and not a party to the case.
2. I am an employee of William L. Schmidt, Attorney at Law, P.C. who is a member of the State Bar of California.
3. The business address is 377 W. Fallbrook, #205, Fresno, CA 93711
4. On 5/15/14, I served the following documents:

**REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL)**

by email and by placing them in an addressed, sealed, envelope and affixing the appropriate postage thereon then depositing it in a U.S. Mail and box for collection, addressed to the following:

email: spark@caed.uscourts.gov

**Suejean Park
ADR and Pro Bono Program
United States District Court
Eastern District of CA
501 I Street, suite 4-200
Sacramento, CA 95814**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on                in Fresno, California.

_____Debi Jonigian-Schmidt_____
Declarant

Signature

Request for Authority to Incur Costs
(Appointed Counsel) and Request for Payment
Case No.: 1-11-cv-01736