# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DEAVER,<br><br>             Plaintiff,<br><br>     v.<br><br>MARGARET MIMS, et al.,<br><br>             Defendants. | Case No. 1:11-cv-01736-LJO-SKO (PC)<br><br>ORDER DIRECTING DEFENDANT TO RESPOND TO ORDER FILED ON JUNE 16, 2014<br><br>(Doc. 45)<br><br>THIRTY-DAY DEADLINE |

On June 16, 2014, the parties were directed to either consent to or decline Magistrate Judge jurisdiction. (Doc. 45.) Defendant Narayan did not respond to the order.

Accordingly, Defendant Narayan is HEREBY DIRECTED to notify the Court within **thirty (30) days** from the date of service of this order whether he consents to or declines Magistrate Judge jurisdiction.

IT IS SO ORDERED.

Dated:   **September 22, 2014**           **/s/ Sheila K. Oberto**
                                                                 UNITED STATES MAGISTRATE JUDGE