Print Form

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON DEAVER

           Plaintiff(s)

  vs.

MARGARET MIMS, ET AL

           Defendants.

No. 1-11-CV-01736

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, WILLIAM L. SCHMIDT, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on 3/26/14, by the Honorable SHEILA K. OBERTO, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

REPRESENT CLIENT AT HIS DEPOSITION ON 1/21/15, AT CALIFORNIA MEN'S COLONY LOCATED IN SAN LUIS OBISPO, CA

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 375.00.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1-11-CV-01736

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| | AIR TRAVEL ROUND TRIP FRESNO/SAN LUIS OBISPO | $304.44 |
| | RENTAL CAR | $61.25 |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 6 day of FEBRUARY, 20 15, at FRESNO, California.

WILLIAM L. SCHMIDT

Attorney for Plaintiff(s)

The above expenditure is __X__ Approved  _____ Denied

~~On~~

~~Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____ on _____, at _____ M. in Courtroom Number _____~~

Dated: 2/11/15

United States Magistrate Judge