# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DEAVER, | Case No. 1:11-cv-01736-SKO (PC) |
| Plaintiff, | THIRD AMENDED SCHEDULING ORDER |
| v. | (Doc. 61) |
| MARGARET MIMS, et al., | |
| Defendants. | |

Plaintiff Jason Deaver, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 17, 2011. This action for damages is proceeding against Defendant Narayan for denial of adequate medical care, in violation of the Due Process Clause of the Fourteenth Amendment.[1] On March 26, 2014, the Court appointed voluntary counsel to represent Plaintiff. 28 U.S.C. § 1915(e)(1).

Good cause having been shown and pursuant to the parties' stipulation filed on March 11, 2015, the scheduling order is HEREBY AMENDED as follows:

**Expert Disclosure Deadline:** June 24, 2015;

**Non-Expert Disclosure Deadline:** July 17, 2015;

**Expert Discovery Deadline:** August 14, 2015;

**Non-Dispositive Motion Deadline:** August 28, 2015;

---

[1] It is unclear if Plaintiff was a pretrial detainee or a convicted prisoner at the time of the events at the Fresno County Jail. If he was a convicted prisoner, his claim arises under the Eighth Amendment rather than the Due Process Clause.

1 **Dispositive Motion Deadline:** September 28, 2015;

2 **Mandatory Settlement Conference:** to be determined;

3 **Pretrial Conference: to be determined;** and

4 **Trial:** to be determined.

IT IS SO ORDERED.

Dated: **March 12, 2015**          /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE