

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DEAVER<br><br>　　　　　Plaintiff(s)<br>　vs.<br>MARGARET MIMS, ET AL<br><br>　　　　　Defendants.<br>_____/ | No. 1-11-CV-01736<br><br>REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT |

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, WILLIAM SCHMIDT, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on 3/26/14, by the Honorable SHEILA K. OBERTO, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

THE DEFENSE HAS MADE A REQUEST FOR THE DEPOSITION OF DEFENDANT NARAYAN IN SACRAMENTO THEREFORE THE EXPENSE TO TRAVEL TO AND FROM SACRAMENTO WILL BE NECESSARY.

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 506.89.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1-11-CV-01736

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
|  | AIR TRAVEL ROUND TRIP TO/FROM SACRAMENTO | 445.64 |
|  | CAR RENTAL FROM AIRPORT TO /FROM OFFICE FOR DEPO | 61.25 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 11 day of March, 2015, at Fresno, California.

_[signature]_
Attorney for Plaintiff(s)

The above expenditure is __X__ Approved  _____ Denied

Dated: 3/20/15

_[signature]_
United States ~~District Judge~~ Magistrate Judge