# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DEAVER,<br><br>    Plaintiff,<br><br>    v.<br><br>MARGARET MIMS, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:11-cv-01736-SKO (PC)<br><br>ORDER ADDRESSING PLAINTIFF'S RESPONSE, DIRECTING CLERK'S OFFICE TO SEND COPY OF RESPONSE AND ORDER TO FORMER COUNSEL, AND DIRECTING COUNSEL TO RESPOND TO PLAINTIFF<br><br>(Doc. 79) |

Plaintiff Jason Deaver ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 17, 2011. This action for damages is proceeding against Defendant Narayan for denial of adequate medical care, in violation of the Due Process Clause of the Fourteenth Amendment.[1]

On November 16, 2015, the Court granted Plaintiff's counsel's motion to withdraw. Plaintiff filed a response on November 25, 2015, and requested an order requiring his former counsel to send him the case file and all relevant records.

Accordingly, the Clerk's Office is HEREBY DIRECTED to serve a copy of Plaintiff's response (#79) and this order on William L. Schmidt, and Mr. Schmidt shall correspond with

---

[1] It is unclear if Plaintiff was a pretrial detainee or a convicted prisoner at the time of the events at the Fresno County Jail. If he was a convicted prisoner, his claim arises under the Eighth Amendment rather than the Due Process Clause.

Plaintiff directly regarding his request for the case file and any related documents. The Clerk's Office is also DIRECTED to provide Plaintiff with a copy of the docket.

IT IS SO ORDERED.

Dated:  **November 30, 2015**                              **/s/ Sheila K. Oberto**
                                                                          UNITED STATES MAGISTRATE JUDGE