# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DEAVER,<br><br>        Plaintiff,<br><br>   v.<br><br>MARGARET MIMS, et al.,<br><br>        Defendants. | Case No. 1:11-cv-01736-SKO (PC)<br><br>ORDER GRANTING REQUEST AND DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF COPY OF DOCKET AND FIFTH AMENDED SCHEDULING ORDER<br><br>(Doc. 83) |

Plaintiff Jason Deaver ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 17, 2011. This action for damages is proceeding against Defendant Narayan ("Defendant") for denial of adequate medical care, in violation of the Due Process Clause of the Fourteenth Amendment.[1]

On January 4, 2016, Plaintiff filed a request seeking a copy of the scheduling order. Good cause having been shown, the Clerk's Office is HEREBY DIRECTED to send Plaintiff a copy of the docket and the fifth amended scheduling order (document 76).

IT IS SO ORDERED.

Dated: __January 4, 2016__                __/s/ Sheila K. Oberto__
                                                                                              UNITED STATES MAGISTRATE JUDGE

---

[1] It is unclear if Plaintiff was a pretrial detainee or a convicted prisoner at the time of the events at the Fresno County Jail. If he was a convicted prisoner, his claim arises under the Eighth Amendment rather than the Due Process Clause.