William L. Schmidt, Esq. #206870
WILLIAM L. SCHMIDT, ATTORNEY AT LAW, P.C.
377 W. Fallbrook, #205
Fresno, CA 93711
Telephone: 559. 261.2222
Facsimile: 559.436.8163
E-mail: legal.schmidt@gmail.com

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DEAVER<br><br>Plaintiff,<br><br>v.<br><br>MARGARET MIMS, et al.<br><br>Defendants. | Case No.: 1:11-cv-01736<br><br>**REQUEST FOR PAYMENT OF INCURRED COSTS (FORMER APPOINTED COUNSEL)** |

### DECLARATION OF PRO BONO INCURRED COSTS/EXPENSES PAID

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

I, William L. Schmidt, former attorney for plaintiff, declare as follows:

I was appointed to represent plaintiff in this action by the presiding judge in this case and the Court approved my withdrawal on November 16, 2015. I declare under penalty of perjury that I have completed actions as instructed by the Court's Order on November 30, 2015. I have incurred and paid costs in the amount of: $65.12, Exhibit A. The Court instructed my office to send Plaintiff's case files to him. On December 12, 2015 one file box was sent to the Plaintiff via the USPS at the cost of $13.55 and on December 29, 2015 two additional boxes were sent to the Plaintiff via UPS at the cost of $51.57.

I declare under penalty of perjury that I have completed the action above, that I have incurred actual cost in the amount of $65.12, and that I have paid that cost.

I therefore request reimbursement of these costs.

Date: 1/5/16                WILLIAM L. SCHMIDT, ATTORNEY AT LAW, P.C.

_____
William L. Schmidt, Former Attorney for Plaintiff, Jason Deaver

# CERTIFICATE OF SERVICE

United States District Court Eastern District CA
Case No.:      1:11-cv-01736

I, Debi Jonigian-Schmidt , the undersigned, hereby certify and declare:

1. I am over the age of 18 years and not a party to the case.
2. I am an employee of William L. Schmidt, Attorney at Law, P.C. who is a member of the State Bar of California.
3. The business address is 377 W. Fallbrook, #205, Fresno, CA 93711
4. On  1/5/16  , I served the following documents:

**REQUEST FOR PAYMENT OF INCURRED COSTS**

by email and by placing them in an addressed, sealed, envelope and affixing the appropriate postage thereon then depositing it in a U.S. Mail and box for collection, addressed to the following:

email: spark@caed.uscourts.gov

**Suejean Park**
**ADR and Pro Bono Program**
**United States District Court**
**Eastern District of CA**
**501 I Street, suite 4-200**
**Sacramento, CA  95814**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on 1/5/16 in Fresno, California.

_____Debi Jonigian-Schmidt_____
Declarant                                                            Signature

Request for Payment of Incurred Costs
Case No.:   1:11-cv-01736

The above expenditure submitted in case number 1:11-cv-01736-SKO (PC) on January 5, 2016, by William L. Schmidt, Esquire, former appointed counsel for the plaintiff, is HEREBY APPROVED pursuant to General Order 230.

Dated: January 6, 2016

SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE