

1  William L. Schmidt, Esq. #206870
   WILLIAM L. SCHMIDT, ATTORNEY AT LAW, P.C.
2  377 W. Fallbrook, #205
   Fresno, CA 93711
3  Telephone: 559. 261.2222
   Facsimile: 559.436.8163
4  E-mail: legal.schmidt@gmail.com

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JASON DEAVER

　　　　　Plaintiff,

　　　　　v.

MARGARET MIMS, et al.

　　　　　Defendants.

Case No.: 1:11-cv-01736

**REQUEST FOR PAYMENT OF INCURRED COSTS (FORMER APPOINTED COUNSEL)**

## DECLARATION OF PRO BONO INCURRED COSTS/EXPENSES PAID

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

　　I, William L. Schmidt, former attorney for plaintiff, declare as follows:

I was appointed to represent plaintiff in this action by the presiding judge in this case and the Court approved my withdrawal on November 16, 2015. I declare under penalty of perjury that I have completed actions as instructed by the Court's Order on November 30, 2015. I have incurred and paid costs in the amount of: $65.12, Exhibit A. The Court instructed my office to send Plaintiff's case files to him. On December 12, 2015 one file box was sent to the Plaintiff via the USPS at the cost of $13.55. On December 29, 2015, after receiving a letter of confirmation by the client with respect to his medical records, Exhibit B, two additional boxes were sent to the Plaintiff via UPS at the cost of $51.57. Such costs were submitted and the Court reimbursed my office in the amount of $65.12.

　　On January 9, 2016, the two additional boxes that were sent on December 29, 2015 and delivered December 30, 2015 via UPS were returned to this office with the Reason for return noted as: "Receiver did not want", Exhibit C. This office was billed for the cost to return these two boxes in the amount of $46.73, Exhibit C.

---

Request for payment of incurred costs　　　　1　　　　Case No.: 1:11-cv-01736

1  I declare under penalty of perjury that I have completed the action above, that I have incurred
2  actual cost in the amount of $46.73, and that I have paid that cost.
3  I therefore request reimbursement of these costs.
4  Date: 3/7/16
5  WILLIAM L. SCHMIDT, ATTORNEY AT LAW, P.C.

   William L. Schmidt, Former Attorney for Plaintiff, Jason Deaver

# CERTIFICATE OF SERVICE

United States District Court Eastern District CA
Case No.:    1:11-cv-01736

I, Debi Jonigian-Schmidt , the undersigned, hereby certify and declare:

1. I am over the age of 18 years and not a party to the case.
2. I am an employee of William L. Schmidt, Attorney at Law, P.C. who is a member of the State Bar of California.
3. The business address is 377 W. Fallbrook, #205, Fresno, CA 93711
4. On *March 7, 2016* I served the following documents:

**REQUEST FOR PAYMENT OF INCURRED COSTS**

by email and by placing them in an addressed, sealed, envelope and affixing the appropriate postage thereon then depositing it in a U.S. Mail and box for collection, addressed to the following:

email: spark@caed.uscourts.gov

**Suejean Park**
**ADR and Pro Bono Program**
**United States District Court**
**Eastern District of CA**
**501 I Street, suite 4-200**
**Sacramento, CA  95814**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on 3/7/16 in Fresno, California.

\_\_\_\_Debi Jonigian-Schmidt\_\_\_\_
        Declarant                                                                         Signature

Request for Payment of Incurred Costs

Case No.: 1:11-cv-01736

## **ORDER**

The expenditure in the amount of $46.73 submitted in case number 1:11-cv-01736-SKO (PC) on March 7, 2016, by William L. Schmidt, Esquire, former appointed counsel for the plaintiff, is HEREBY APPROVED pursuant to General Order 230.

Dated: March 31, 2016

                                        SHEILA K. OBERTO
                      UNITED STATES MAGISTRATE JUDGE

EXHIBIT A

```
          WOODWARD PARK STA
            755 E NEES AVE
               FRESNO
                 CA
              937209998
              0528970410
12/10/2015    (800)275-8777   12:15 PM
================================================
Product              Sale        Final
Description          Qty         Price

PM 2-Day              1          $13.55
    (Domestic)
    (SOLEDAD, CA  93960)
    (Weight:12 Lb 15.0 Oz)
    (Expected Delivery Day)
    (Monday 12/14/2015)
    (USPS Tracking #)
    (9505 5141 4514 5344 1566 59)
Insurance             1          $0.00
    (Up to $50.00 Included)

Total                            $13.55

Credit Card Remitd               $13.55
    (Card Name:VISA)
    (Account #:XXXXXXXXXXXX6928)
    (Approval #:056516)
    (Transaction #:510)
```



Dear files
return

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to
usps.com/clicknship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.

Get your mail when and where you want
it with a secure Post Office Box. Sign
up for a box online at
usps.com/poboxes.

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

         HELP US SERVE YOU BETTER

          TELL US ABOUT YOUR RECENT
              POSTAL EXPERIENCE

                  Go to:
        https://postalexperience.com/Pos

             or scan this code with
             your mobile device:

            [QR code]

           or call 1-800-410-7420.

              YOUR OPINION COUNTS


Bill #: 840-59500126-4-269911-2
Clerk:  06

English   Customer Service   USPS Mobile       Register / Sign in

**≧USPS.COM®**

## USPS Tracking®


Customer Service ›
Have questions? We're here to help.


Got Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 9505514145145344156659

Updated Delivery Day: Saturday, December 12, 2015

### Product & Tracking Information

Postal Product:   Features:
Priority Mail 2-Day™   Insured   USPS Tracking™

### Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| December 12, 2015, 9:18 am | Delivered, Individual Picked Up at Postal Facility | SOLEDAD, CA 93960 |

Your item was picked up at a postal facility at 9:18 am on December 12, 2015 in SOLEDAD, CA 03960.

| December 12, 2015, 8:57 am | Out for Delivery | SOLEDAD, CA 93960 |
| December 12, 2015, 8:47 am | Sorting Complete | SOLEDAD, CA 93960 |
| December 11, 2015, 3:14 pm | Arrived at Post Office | SOLEDAD, CA 93960 |
| December 10, 2015, 7:12 pm | Arrived at USPS Origin Facility | FRESNO, CA 93700 |
| December 10, 2015, 12:14 pm | Acceptance | FRESNO, CA 93720 |

### Track Another Package

Tracking (or receipt) number

9505514145145344156659     Track It

### Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.



Sign up for My USPS ›

J. Deaver.



**United States**

Welcome, Debi Schmist | Logout | Contact UPS | The UPS Store | Search | Sub

My UPS  Shipping  Tracking  Freight  Locations  Support  UPS Solutions

1 ALERT | Severe Weather is Impacting Some Services in Areas of Michigan.. Read More

### Shipping

Create a Shipment
View History
Void Shipment
Create a Return
Start Using a Batch File
Create an Import
Bulk Marketplace Orders
Calculate Time and Cost
Schedule a Pickup
Use International Tools
Order Supplies
Open a UPS Account
Set Preferences

### Search Support

Enter a keyword:

[Search]

Sending a hoverboard?
You must ship
UPS® Ground

## Create A Shipment

### Shipment Confirmation

Thank you. Your shipment has been processed.

We have received your shipping details and processed your payment. If you need to print shipping labels, print a receipt, or print a return label, follow the steps below.

| | |
|---|---|
| Tracking Number: | 1ZCT6L170390020612 |
| Service: | UPS Ground Service |
| Delivery Date: | End of Day Wednesday, Dec 30, 2015 |
| Bill Shipping Charges to: | Visa xxxxxxxxxx6926 |
| Charges: | 51.57 USD |

Retail rates were applied to this shipment

| | |
|---|---|
| Total Charged: | 61.57 USD |

Guarantees and Notices

#### Print Shipping Documents

Select the items to print below. To print selected items select Print.

Label:
[✓] Label 1    [✓] Label 2

Print labels using my UPS thermal Printer? [No ▼]
Print label instructions on? [Each label ▼]
(International shipments, or shipments requiring a signature or special instructions, will always print label instructions regardless of this setting.)

Receipt:
[ ] Receipt

Print receipt using my UPS Thermal Printer? [No ▼]

[Print]

#### Void This Shipment or Past Shipments

To void this shipment, select the Void This Shipment button. You can review and void past shipments in your shipping history.

[Void This Shipment]

#### Create a Return Shipment

The recipient of your shipment can easily return your letter or package when you create a return shipping label. To create a return shipment and print a return shipping label to include with your shipment select Create a Return Shipment.

[Create a Return Shipment]

#### Getting your Shipment to UPS

Schedule a Pickup - You can schedule a collection for today or schedule a UPS driver to collect all of your shipments on a regular schedule.

Hand your packages to any UPS driver in your area

Find UPS Drop-off Locations - Leave your packages at any convenient location near you.

#### Next Steps...

You can create another shipment, or view your shipping history to review and track previously shipped packages.

Create Another Shipment
View Your Shipping History

Note: Your invoice may vary from the displayed reference rates.

UPS Internet Shipping: View/Print Label

1. Ensure there are no other shipping or tracking labels attached to your package. Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. Fold the printed label at the solid line below. Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. GETTING YOUR SHIPMENT TO UPS
   Customers with a Daily Pickup
   Your driver will pickup your shipment(s) as usual.

   Customers without a Daily Pickup
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the 'Find Locations' Quick link at ups.com. Schedule a same day or future day Pickup to have a UPS driver pickup all of your Internet Shipping packages.

   Hand the package to any UPS driver in your area.

   | UPS Access Point™ | UPS Access Point™ | UPS Access Point™ |
   |---|---|---|
   | THE UPS STORE | THE UPS STORE | THE UPS STORE |
   | 7726 N 1ST ST | 2037 W BULLARD AVE | 438 E SHAW AVE |
   | FRESNO, CA 93720 | FRESNO, CA 93711 | FRESNO, CA 93710 |

   FOLD HERE

   ---

   30 LBS    DWT: 15,12,10    1 OF 2

   DEBI SCHMIDT
   35926122223359
   WILLIAM L SCHMIDT, ATTORNEY A
   277 W. FALLBROOK AVE
   FRESNO CA 93711

   SHIP TO:
   JASON DEAVER, V41056
   SALINAS VALLEY STATE PRISON
   31625 HIGHWAY 101
   SOLEDAD  CA  93960-9529

   CA 939 0-02

   UPS GROUND
   TRACKING #: 1Z GT9 L17 03 9002 6812

   BILLING: P/P

**UPS Internet Shipping: View/Print Label**

1. Ensure there are no other shipping or tracking labels attached to your package. Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. Fold the printed label at the solid line below. Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS StoreÂ®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, UPS Alliances (Office DepotÂ® or StaplesÂ®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the 'Find Locations' Quick link at ups.com. Schedule a same day or future day Pickup to have a UPS driver pickup all of your Internet Shipping packages.

   Hand the package to any UPS driver in your area.

| UPS Access Point™ | UPS Access Point™ | UPS Access Point™ |
|---|---|---|
| THE UPS STORE | THE UPS STORE | THE UPS STORE |
| 7726 N 1ST ST | 2037 W BULLARD AVE | 438 E SHAW AVE |
| FRESNO, CA 93720 | FRESNO, CA 93711 | FRESNO, CA 93710 |

FOLD HERE



EXHIBIT B

DEC 21 2015

Dec. 13. 15

Mr. Schmidt

Thanks for sending my file.

And yes, Can you send the Medical Records As Well?

Thank You

Sincerely

S. Beaver

# EXHIBIT C

Dear



**E-mail address:**
djschmidt13@gmail.com

**Credit Card Additional Charges**
Notification date **January 9, 2016**
Reference number 00192706400261

Page 1 of 2

For questions about your charges, call:
(800) 811-1648
Monday - Friday
8:00 a.m. - 9:00 p.m. E.T.

2029A00192706407

WILLIAM L. SCHMIDT, ATTORNEY A
DEBI SCHMIDT
377 W FALLBROOK AVE
FRESNO, CA 93711

### UPS Customer:
This notice details adjustments that have been made to shipping charges originally billed to your credit card. These adjustments are for charges or credits that have occurred after the initial processing of your shipment(s). These adjustments have been applied to your credit card and will appear on your next credit card statement.

All shipments are subject to the terms and conditions contained in the UPS Tariff and the UPS Terms and Conditions of service, which can be found at **ups.com**.

### Questions about your charges?
To get a better understanding of the charges on your invoice, visit our invoice guide and glossary of billing charges at **ups.com/invoiceguide**.

### Thank you for using UPS.
### Summary of Charges

| Page | | Charge |
|---|---|---|
| 2 | Adjustments & Other Charges | $ 46.73 |
| **Total Additional Charges** | | **$ 46.73** |

Dear Customer:
Do not Pay. Your Visa card XXXXXXXXXXXX6928 has been billed for the charges on January 9, 2016.

*Note: This invoice may contain a fuel surcharge as described at ups.com. The published fuel surcharge is 5.25% for UPS Ground Services and 4.25% for UPS Air Services, UPS 3 Day Select, and International services. For more information, visit ups.com.*



**Credit Card Additional Charges**
Notification date **January 9, 2016**
Reference number 00192706400261

Page 2 of 2

## Adjustments & Other Charges

### Undeliverable Returns

| Return Date | Pickup Record | Entry | Tracking Number | Service | ZIP Code | Zone | Weight | Billed Charge |
|---|---|---|---|---|---|---|---|---|
| 01/06 | | 1 | 1ZCT9L170390026812 | Ground Undeliverable Return | 93711 | 2 | 30 | 19.80 |
| | | | | Fuel Surcharge | | | | 1.04 |
| | | | | Total | | | | 20.84 |
| | | | Reason for Return: Receiver did not want | | | | | |
| | | | Returned From: Jason Deaver, V41056 Salinas Valley State Prison 31625 Highway 101 SOLEDAD CA 93960 | | Returned To: WILLIAM L. SCHMIDT, ATTORNEY A 377 W FALLBROOK AVE FRESNO CA 93711 | | | | |
| | | | 1ZCT9L170392775429 | Ground Undeliverable Return | 93711 | 2 | 50 | 24.60 |
| | | | | Fuel Surcharge | | | | 1.29 |
| | | | | Total | | | | 25.89 |
| | | | Reason for Return: Receiver did not want | | | | | |
| | | | Returned From: Jason Deaver, V41056 Salinas Valley State Prison 31625 Highway 101 SOLEDAD CA 93960 | | Returned To: WILLIAM L. SCHMIDT, ATTORNEY A 377 W FALLBROOK AVE FRESNO CA 93711 | | | | |
| **Total Undeliverable Returns** | | | | | | | 2 Package(s) | 46.73 |
| **Total Adjustments & Other Charges** | | | | | | | | 46.73 |

*Deaver* (signature)

**UPS** United States   Welcome, Debi Schmidt | Logout | Contact UPS | The UPS Store [Search] Sub

My UPS    Shipping    Tracking    Freight    Locations    Support    UPS Solutions

Save up to 18% on UPS shipping for your business.
Sign up and start saving in your first week of shipping.                  [Sign Up Now]

[Tracking Number] [Track]          View Tracking History                 [Other Tracking Options ▼]

## Tracking

### Tracking Summary                                                                 Print   Help

Select a tracking number to see the full tracking detail.

---

**1ZCT9L170390026812**   Add Description

Multiple Packages: 2    Show All

**Delivered**

Shipping Information
To:
SOLEDAD, CA, US

Delivered On:
Wednesday, 12/30/2015 at 9:56 A.M.          [Notify me with Updates »]    Service

Left At:                                    [Report a Claim »]            **UPS Ground**
Receiver

Signed By:
MATSUNO

Proof of Delivery

---

**1ZCT9L170392775429**   Add Description

Multiple Packages: 2    Show All

**Delivered**

Shipping Information
To:
SOLEDAD, CA, US

Delivered On:
Wednesday, 12/30/2015 at 9:56 A.M.          [Notify me with Updates »]    Service

Left At:                                    [Report a Claim »]            **UPS Ground**
Receiver

Signed By:
MATSUNO

Proof of Delivery

---

Tracking results provided by UPS: 01/04/2016 1:07 P.M. Eastern Time

Subscribe to UPS E-mail:  Modify E-mail Preferences   View Examples

| Contact UPS | Support | Solutions for: | Other UPS Sites: |
|---|---|---|---|
| Browse Online Support | Open a Shipping Account ▲ | Healthcare | [Select a website ▼] |
| E-mail UPS | Manage Accounts ▲ | Small Business | |
| Live Chat | Access Billing Options | High Tech | Follow us: |
| Call Customer Service | Change Your Delivery | More... |  |

UPS UNITED PROBLEM SOLVERS™