# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DEAVER,<br><br>          Plaintiff,<br><br>     v.<br><br>MIMS, et al.,<br><br>          Defendants. | 1:11-cv-01736-SKO (PC)<br><br>ORDER REQUIRING PARTIES TO NOTIFY COURT WHETHER A SETTLEMENT CONFERENCE WOULD BE BENEFICIAL<br><br>TWENTY-ONE (21) DAY DEADLINE |

Plaintiff, Jason Deaver, a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 17, 2011.  The deadline to file dispositive motions lapsed on April 22, 2016.  (Doc. 76.)  The possibility of settlement must be explored before this action will be set for trial.

Accordingly, it is HEREBY ORDERED, that within **twenty-one (21) days** of the date of service of this order, the parties shall file statements indicating whether they believe, in good faith, that settlement is a possibility in this case and whether a settlement conference would be beneficial.

IT IS SO ORDERED.

Dated:     **May 23, 2016**                         /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28