# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DEAVER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARGARET MIMS, et al.,<br><br>　　　　Defendants.<br>_____ / | Case No. 1:11-cv-01736-SKO (PC)<br><br>ORDER STAYING CASE PENDING COMPLETION OF SETTLEMENT CONFERENCE |

　　　Plaintiff Jason Deaver, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 17, 2011.  This action for damages is proceeding against Defendant Narayan for denial of adequate medical care, in violation of the Due Process Clause of the Fourteenth Amendment.[1]

　　　On May 23, 2016, the Court ordered parties to file statements indicating whether a settlement conference would be beneficial.  (Doc. 105.)  All parties filed statements responding in the affirmative.  (Docs. 107, 108.)  By separate order, this case has been referred to Magistrate Judge Erica P. Grosjean to conduct a settlement conference at the U. S. District Court, 2500 Tulare Street, Fresno, California 93721 in Courtroom #10 on July 7, 2016 at 10:30 a.m.

///

---

[1] It is unclear if Plaintiff was a pretrial detainee or a convicted prisoner at the time of the events at the Fresno County Jail.  If he was a convicted prisoner, his claim arises under the Eighth Amendment rather than the Due Process Clause.

1 **Accordingly, this case is HEREBY ORDERED STAYED in its entirety pending completion of a settlement conference before Judge Grosjean.** If settlement is not accomplished, the parties will be notified via order to file status reports, and the Court will issue a new scheduling order.

IT IS SO ORDERED.

Dated:    **June 14, 2016**                           /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE