# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DEAVER,<br><br>             Plaintiff,<br><br>    v.<br><br>MIMS, et al.,<br><br>             Defendants. | Case No.  1:11-cv-01736-SKO (PC)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PER STIPULATION**<br><br>**(Doc. 118, 120)** |

   Plaintiff, Jason Deaver, is a state prisoner proceeding *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

   On August 11, 2016, the parties submitted a fully executed stipulation for voluntary dismissal with prejudice per Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with the parties to bear their own litigation costs and attorney's fees.  (Doc. 120.)

   In accordance with the parties' stipulation, it is HEREBY ORDERED that this action is dismissed with prejudice, Plaintiff's motion for status of the settlement, filed on August 2, 2016, is disregarded as moot, and the Clerk of the Court is ordered to close the case.

IT IS SO ORDERED.

Dated:   **August 12, 2016**                             /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE

1